**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879
office@brickwoodlaw.com

Attorneys for Defendants RUSTY OWENS and
LAKE SHASTINA COMMUNITY SERVICES DISTRICT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ILA HOWELL, | Case No. 2:20-cv-01511-JAM-CKD |
| Plaintiff, | **MODIFICATION OF SCHEDULING ORDER** |
| vs. | |
| RUSTY OWENS, individually and as an Officer of the Lake Shastina Police Department, LAKE SHASTINA COMMUNITY SERVICES DISTRICT, a Community Services District, and Does 1 to 100, inclusive, | |
| Defendants. | |
| _____/ | |

The Court has considered the Stipulation and Joint Request to Modify the Scheduling Order (Doc 9). The request appears appropriate and the Court orders as follows:

The Scheduling Order (Doc 9) is modified as follows:

1. Discovery cut-off is extended from April 9, 2021 to **August 18, 2021**.

2. Expert witness discovery cut-off is extended from April 9, 2021 to **August 18, 2021**.

3. Disclosure of experts deadline to **June 16, 2021**.

4. Supplemental Disclosure Deadline to **June 30, 2021**.

5. The date for filing dispositive motions is extended from May 21, 2021 to **October 1, 2021**

MODIFICATION OF SCHEDULING ORDER

1

and the date for hearing of dispositive motions extended from July 13, 2021 to **November 16, 2021** at 1:30 p.m.

6. Joint Mid-Litigation Statement Filing deadline: Fourteen (14) days prior to the close of discovery.
7. Final Pretrial Conference from September 10, 2021 to **January 7, 2022 at 11:00 a.m.**
8. Trial from October 18, 2021 to **February 28, 2022 at 9:00 a.m.**
9. In all other respects, the Scheduling Order shall remain in full force and effect.

DATED: May 18, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE