**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879
office@brickwoodlaw.com

Attorneys for Defendants RUSTY OWENS and
LAKE SHASTINA COMMUNITY SERVICES DISTRICT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ILA HOWELL,<br><br>  Plaintiff,<br><br>   vs.<br><br>RUSTY OWENS, individually and as an Officer of the Lake Shastina Police Department, LAKE SHASTINA COMMUNITY SERVICES DISTRICT, a Community Services District, and Does 1 to 100, inclusive,<br><br>  Defendants.<br>_____/ | Case No. 2:20-cv-01511-JAM-CKD<br><br>**MODIFICATION OF SCHEDULING ORDER** |

The Court has considered the Stipulation and Joint Request to Modify the Scheduling Order (Doc. 9 and Doc. 11). The request appears appropriate and the Court orders as follows:

The Scheduling Order as modified on May 18, 2021 (Doc. 11) is modified as follows:

1. Discovery cut-off is extended from August 18, 2021 to **October 13, 2021**.
2. Expert witness discovery cut-off is extended from August 18, 2021 to **October 13, 2021**.
3. The date for filing dispositive motions is extended from October 1, 2021 to **December 2, 2021** and the date for hearing of dispositive motions extended from November 16, 2021 to **January 25, 2022** at 1:30 p.m.

MODIFICATION OF SCHEDULING ORDER

1

4. Joint Mid-Litigation Statement Filing deadline: Fourteen (14) days prior to the close of discovery.
5. Final Pretrial Conference from January 7, 2022 to **March 4, 2022** at 10:00 a.m.
6. Trial from February 28, 2022 to **May 2, 2022** at 9:00 a.m.
7. In all other respects, the Scheduling Order shall remain in full force and effect.

Dated: August 4, 2021         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE